IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ELLOYD JOHNSON | § | |
| VS. | § | CIVIL ACTION NO. 9:18-CV-95 |
| DIRECTOR, TDCJ-CID | § | |

SHOW CAUSE ORDER

The Court has examined the petition for writ of habeas corpus submitted by Petitioner, and has determined that a Response from Respondent is required. Accordingly, it is hereby

**ORDERED** that the Clerk of Court shall issue process and Respondent shall have 40 days in which to show cause why the writ should not be granted or to otherwise plead.

Pursuant to the written consent of the Texas Attorney General's office, copies of the petition, attachments, and orders will be served electronically upon the Texas Attorney General, counsel for the Director, and will be directed to the attention of Edward Marshall, Chief of the Postconviction Litigation Division, at Edward.Marshall@oag.texas.gov, and Laura Haney at Laura.Haney@oag.texas.gov. *See* Fed. R. Civ. P. 5(b)(2)(E).

SIGNED this 31st day of October, 2019.

                                              Zack Hawthorn
                                              United States Magistrate Judge